1  BARRY J. PORTMAN
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607
4  Telephone: (510) 637-3518

5  Counsel for Defendant LEONARD DEW

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 4-08-70488 WDB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER RESETTING |
| ) | DATE FOR PRELIMINARY HEARING |
| vs. ) | |
| ) | |
| LEONARD DEW, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

   IT IS HEREBY STIPULATED between the plaintiff through its attorney, Maureen Bessette, and the defendant through his attorney Ned Smock, that the preliminary hearing in this matter now set for September 10, 2008 at 10:00 a.m. shall be reset for October 29, 2008 at 10:00 a.m.  The parties are engaged in discussions about possible resolution of the case.  Mr. Dew is out of custody.  Additional time is needed to perform investigation and research as those discussions continue.  Defendant Dew and his counsel waive the provisions of Rule 5.1(c) of the Federal Rules of Criminal Procedure requiring a preliminary hearing to be held within 20 days of his initial appearance and 18 U.S.C. § 3161(b) requiring an indictment to be filed within thirty days from the date of arrest.

Stip and [Proposed] Order                               1

1  IT IS SO STIPULATED:

2  Dated: September 8, 2008                     /S/ Ned Smock
                                                NED SMOCK
3                                               Assistant Federal Public Defender

4

5  Dated: September 8, 2008                     /S/ Maureen Bessette
                                                MAUREEN BESSETTE
6                                               Assistant United States Attorney

7  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
   "conformed" signature (/S/) within this e-filed document.
8

9
                                           **ORDER**
10
       GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the preliminary
11
   hearing in this matter now scheduled for September 10, 2008 is hereby rescheduled for
12
   October 29, 2008 at 10:00 a.m.
13

14
   Dated: September 9, 2008                     /s/ Wayne D. Brazil
15                                              HONORABLE WAYNE D. BRAZIL
                                                United States Magistrate Judge
16

17

18

19

20

21

22

23

24

25

26

Stip and [Proposed] Order                    2