1  BARRY J. PORTMAN
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607
4  Telephone: (510) 637-3518

5  Counsel for Defendant LEONARD DEW

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 4-08-70488 WDB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER RESETTING |
| ) | DATE FOR PRELIMINARY HEARING |
| vs. ) | |
| ) | |
| LEONARD DEW, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

   IT IS HEREBY STIPULATED between the plaintiff through its attorney, Maureen Bessette, and the defendant through his attorney Ned Smock, that the preliminary hearing in this matter now set for October 29, 2008 at 10:00 a.m. shall be reset for November 18, 2008 at 10:00 a.m. The parties are engaged in discussions about possible resolution of the case. Mr. Dew is out of custody. Additional time is needed to perform investigation and research as those discussions continue. Defendant Dew and his counsel waive the provisions of Rule 5.1(c) of the Federal Rules of Criminal Procedure requiring a preliminary hearing to be held within 20 days of his initial appearance and 18 U.S.C. § 3161(b) requiring an indictment to be filed within thirty days from the date of arrest.

IT IS SO STIPULATED:

Dated: October 24, 2008					/s/ Ned Smock
							NED SMOCK
							Assistant Federal Public Defender


Dated: October 24, 2008					/s/ Maureen Bessette
							MAUREEN BESSETTE
							Assistant United States Attorney


**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the preliminary hearing in this matter now scheduled for October 29, 2008 is hereby rescheduled for November 18, 2008 at 10:00 a.m.

Dated: October 27, 2008					_____
							HONORABLE WAYNE D. BRAZIL
							United States Magistrate Judge

Leonard Dew, ~~CR~~ 08-70488 WDB
Stipulation and [~~Proposed~~] Order				2

-4-